UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-CV-07399-SVW (SK) | Date | March 24, 2017 |
|---|---|---|---|
| Title | Douglas Lindsey v. Los Angeles County Sheriff's Department, et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Marc Krause | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: TIME LIMIT FOR SERVICE

On December 1, 2016, the Court ordered that the Clerk of Court may issue Summons and that Plaintiff may proceed with service of process. (ECF Nos. 10, 11). Plaintiff was advised that the Summons and Complaint must be served upon Defendants within 90 days of the date of this Order pursuant to Rule 4(m), and was ordered to file proof of service within 15 days of the date of service. (ECF No. 10). Plaintiff was further advised that failure to serve Defendants within 90 days may result in the dismissal of the action in whole or against unserved Defendants for failure to prosecute, unless Plaintiff can show good cause for extending the 90-day deadline for service.

As of the date of this order, Plaintiff has not filed any proof of service, request for extension of the deadline for service, or any other document that indicates his intent to prosecute this action. Therefore, Plaintiff is ORDERED TO SHOW CAUSE on or before **April 14, 2017**, why this action should not be dismissed for failure to prosecute and failure to effectuate service of process.

**Plaintiff is advised that failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders.** See Fed. R. Civ. P. 41(b); Local Civil Rule 41-1. If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal." The Clerk is directed to attach a Notice of Dismissal Form (CV-009) to this Order.