UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-07399-SK | Date | May 17, 2018 |
|---|---|---|---|
| Title | Douglas Lindsey v. Los Angeles County Sheriffs Department, et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Lee | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER OF ADMINISTRATIVE CLOSURE UPON NOTICE OF SETTLEMENT**

In light of the parties' notice of settlement (ECF No. 54), this action is ordered closed administratively and removed from the Court's active caseload until further application by the parties or separate court order. The parties shall file a proper stipulation for dismissal or a joint report detailing settlement status within **30 days** of the notice of settlement and every **30 days** thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates and deadlines in this action are hereby VACATED.

IT IS SO ORDERED.